# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00363-CV

**Michele Shimek, Appellant**

**v.**

**Texas Comptroller of Public Accounts, Appellee**

### FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-15-001681, THE HONORABLE DUSTIN M. HOWELL, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

The mandate in this cause issued by this Court on July 16, 2020, is hereby withdrawn.

It is so ordered December 2, 2020.

Before Justices Goodwin, Kelly, and Smith